UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **HICHAM AZKOUR** | : | |
| Plaintiff | : | Civil Action No. 07-1568(KSH) |
| v. | : | |
| **LOIS ARIA, et al.,** | : | **ORDER ON INFORMAL APPLICATION** |
| Defendant | : | |

This matter having come before the Court by way of letter dated January 7, 2008, regarding defendants Gregory and Aria's request for leave to file a motion to dismiss the Complaint, pursuant to Fed. R. Civ. P. 37 because the plaintiff has failed to provide discovery by the deadlines set forth in the Order dated December 14, 2007;

and the Court having entered Orders reflecting that these proceedings are not stayed and setting deadlines for the plaintiff to provide his discovery, see, e.g., Order, dated December 14, 2007;

and the plaintiff therefore being on notice of his obligation to respond to discovery despite his appeals;

and the plaintiff being directed to submit a letter setting forth the status of his responses to discovery, including the status of his initial disclosures, signed medical release forms and responses to defendants' interrogatories and document demands;

and the plaintiff being advised that failure to submit the letter by the deadline set forth herein may result in a recommendation that sanctions be imposed, including a recommendation that the United States District Judge dismiss the Complaint;

IT IS THEREFORE ON THIS 7th day of January, 2008

**ORDERED** that, no later than **January 16, 2007**, the plaintiff shall provide the Court and defendants with a letter setting forth his response to defendants Gregory and Aria's letter and shall include information concerning the status of his responses to discovery, including the status of his initial disclosures, signed medical release forms and responses to defendants' interrogatories and document demands.  Failure to provide responses to the discovery demands will result in a recommendation that the United States District Judge dismiss the Complaint; and

**IT IS FURTHER ORDERED** that all terms of the Order dated August 17, 2007 and December 14, 2007 shall remain in full force and effect.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE